costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

HOMOLKA CORPORATION and Another, Appellants, v. FEDERAL SWEETS & WAFER Co., INC., and Another, Respondents.— Order modified by granting motion to extent of enjoining defendants and each of them from putting up, selling or offering for sale a product which might resemble in appearance plaintiffs' product, in boxes or containers of approximately the same shape and dimensions or having a color similar to plaintiffs' color, together with printing matter of similar color and general scheme to that of plaintiffs; and as so modified affirmed, without costs. The amount of the bond to be fixed upon the settlement of the order. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JOHN M. RIEHLE, as Receiver, etc., Plaintiff, v. AUGUST JANSSEN and Others, Defendants, Impleaded with MYRON SULZBERGER and Others, as Executors, etc., of LEON C. WEINSTOCK, Deceased, Respondents, and JOHN KAY and Others, as Executors, etc., of WILLIAM BOARDMAN, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

PHILIP GOLDSTON and Another, Appellants, v. PARK LANE DRESSES, INC., Respondent, Impleaded with Another.— Appeal dismissed, with ten dollars costs and disbursements to the respondent, on the ground that the service of a new complaint and answer has rendered the appeal academic. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

IRVING TRUST COMPANY, Appellant, v. JOSEPH LEFF, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, without prejudice to the defendant proceeding upon his counter-claim. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

OSTROW BROS., INC., Respondent, v. MAX ZARITSKEY, as President of Cloth Hat, Cap and Millinery Workers International Union, and Others, Appellants.— Order modified by striking out the provisions prohibiting picketing; such picketing to be allowed provided the pickets conform their signs to indicate, not that a strike is being conducted, but that a labor dispute exists between the parties. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.; Merrell and Martin, JJ., dissent and vote for affirmance.

KLASKO FINANCE CORPORATION and CHARLES KIMMELMAN, Plaintiffs, v. BEL-LEAIRE HOTEL CORPORATION and Others, Defendants, ABRAHAM I. SPIRO, Receiver, Respondent, and TEN EAST SIXTIETH STREET RESTAURANT CORPORATION, Appellant.*— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.; O'Malley, J., dissents.

In the Matter of the Application of SCHEER REALTY Co., INC., Respondent, to Vacate and Suppress a Subpœna Issued by JAMES A. HIGGINS, Commissioner of Accounts of the City of New York, Appellant.†— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JULIA KINDGA, as Administratrix, etc., of MICHAEL B. KINDGA, Deceased, Appellant, v. CHARLES F. NOYES Co., INC., Respondent.— Order affirmed, with

*Appeal dismissed, 257 N. Y. 1.        † Revd., 257 N. Y. 541.

ten dollars costs and disbursements, without prejudice to renewal upon papers showing that plaintiff is unable to secure relief under the provisions of section 153 of the General Municipal Law.■ No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

SHAMRAY B. WILSON, Respondent, v. JAMES L. WILSON, Appellant.— Order modified by reducing amount to be paid to plaintiff for the support and maintenance of herself and infant child to the sum of fifteen dollars per week and counsel fee to the sum of one hundred and fifty dollars, and as so modified affirmed, without costs, but without prejudice to further application on showing increased income. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

BENJAMIN F. INGRAM, Appellant, v. HENRY VAN CORTLANDT FISH, Respondent.— Order reversed and motion granted, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of WALTER N. SMITH, Appellant, v. Hon. JOHN R. DAVIES, Justice of the Municipal Court of the City of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

SAMUEL FROST, Appellant, v. FOSTORIA, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.; Martin, J., dissents and votes for reversal and to grant motion.

THE STEEL PRODUCERS EXPORT CORPORATION, Respondent, v. CHASE SECURITIES CORPORATION, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

WALTER JANVIER, INC., a Domestic Corporation, Respondent, v. THE CLINICAL LABORATORIES COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

WALTER JANVIER, INC., a Domestic Corporation, Respondent, v. THE CLINICAL LABORATORIES COMPANY, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JESUS ESPENERO, Respondent, v. THE EXPORT STEAMSHIP CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDITH GORDON, Also Known as EDITH SISSO, Appellant, v. MORTIMER D. JONES, M. D., Superintendent of City Hospital, Welfare Island, and Another, Respondents.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

PINCUS COHEN, Appellant, v. NORMANDIE NATIONAL SECURITIES CORPORATION, Respondent, Impleaded with Others.— Order affirmed, with ten dollars